UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

TAILGATE GUYS, LLC; PARKER                               PLAINTIFFS
DUFFEY; MICHAEL OTWELL; and
DUFFEY & OTWELL COMPANIES, LLC

vs.                                          Civil Action No. 3:18-cv-944-WKW-WC

WILLIAM McCLAIN                                          DEFENDANT

NOTICE OF VOLUNTARY DISMISSAL

The plaintiffs respectfully submit this notice of their voluntary dismissal of this case without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  January 24, 2019.

                                                        Respectfully submitted:

                                                        Tailgate Guys, LLC; Parker Duffey;
                                                        Michael Otwell: and Duffey & Otwell
                                                        Companies, LLC

                                                        By: /s/ Matthew A. Barley
                                                        Matthew A. Barley
                                                        Butler Snow, LLP
                                                       One Federal Place, Suite 1000
                                                       1819 Fifth Avenue North
                                                       Birmingham, Alabama 35203
                                                       (P) 205.297.2200
                                                       (F) 205.297.2201
                                                       (E) matt.barley@butlersnow.com